IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 10-cv-01004-CMA-MJW | FTR - Courtroom A-502 |
| **Date:** August 20, 2010 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| NORMAN ROBERTS, | Keith D. Vance |
| Plaintiff(s), | |
| v. | |
| UNITED STATES POSTAL SERVICE, | Jamie L. Mendelson |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 10:18 a.m.
Court calls case. Appearances of counsel.

**It is ORDERED:** Defendant's MOTION TO STAY DISCOVERY [Docket Number **18**, Filed August 04, 2010] is **DENIED** for reasons as set forth on the record.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Parties shall complete their Rule 26(a)(1) disclosures **on or before AUGUST 31, 2010.**

Joinder of Parties/Amendment to Pleadings: **SEPTEMBER 07, 2010**

Discovery Cut-off: **FEBRUARY 21, 2011**

Dispositive Motions Deadline: **MARCH 21, 2011**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before DECEMBER 01, 2010**
Parties shall designate Rule 26(a)(2) rebuttal experts **on or before JANUARY 03, 2011**

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **JANUARY 20, 2011.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than FEBRUARY  21,  2011.**


A  **SETTLEMENT CONFERENCE** is  set for    **NOVEMBER 10, 2010  at    10:00   a.m.**
in  Courtroom A-502,   Fifth  Floor,   Alfred A. Arraj United States Courthouse, 901  19th Street, Denver,  Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe
via e-mail, as a PDF attachment, at     Watanabe_Chambers@cod.uscourts.gov
**on or before   NOVEMBER    05, 2010.**
The subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing <u>more than 15 pages</u>  **shall** also be submitted in hard copy paper form with the envelope addressed to   "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved,  with full settlement authority shall be present **in person** at the settlement conference.   Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.


**FINAL PRETRIAL CONFERENCE** set for     **MAY   20,  2011   At  8:30   a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before   MAY 16, 2011.**
**In the subject line** of the e-mail, counsel shall list the case number, short caption, and  "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)
Valid photo identification is required to enter the courthouse.  In accordance with Fed.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a four (4) day trial to the Court.
The Honorable Christine M. Arguello  will set a Trial Preparation Conference and Trial at a future date.

Parties are directed to www.cod.uscourts.gov   and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**[X]**    Scheduling Order is signed and entered  with interlineations   **AUGUST 20, 2010**

Hearing concluded.
**Court in recess:**     10:45 a.m.         Total in-court time: 00:27

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.