IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01004-CMA-MJW

NORMAN ROBERTS,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

---

## ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE ( Docket No 31 )

This matter is before the Court on the Unopposed Motion by Defendant to Vacate the Settlement Conference. Upon consideration of the motion, the Court finds that the motion should be GRANTED. Accordingly, it is hereby ORDERED that the ~~Scheduling~~ Settlement Conference on November 10, 2010 is VACATED.

Dated: November 8, 2010.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO